UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-10977-RWZ

RANIAH FATHI ATIEH
and FUAD FAROUQ ATIEH

v.

DENIS RIORDAN, et al.

ORDER

May 2, 2014

ZOBEL, D.J.

Plaintiffs Raniah Fathi Atieh and Faud Farouq Atieh seek judicial review of the Board of Immigration Appeals' affirmance of the United States Citizenship and Immigration Service's denial of a Form I-130 petition for Alien Relative Raniah Fathi Atieh filed on behalf of her husband Fuad Farouq Atieh. The Court is unable to review the BIA's decision because the certified administrative record ("CAR") the parties filed is unpaginated. The parties shall forthwith file a paginated CAR with a table of contents and do so electronically.

|       May 2, 2014        |       /s/Rya W. Zobel        |
|:------------------------:|:----------------------------:|
|          DATE            | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |